# United States Bankruptcy Court
### Middle District of Pennsylvania

In re    **William P. Livelsberger**                                      Case No.    **1:16-bk-04688**
Debtor(s)                                                                                   Chapter    **13**

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **December 8, 2016**          /s/ **William P. Livelsberger**
                                                           **William P. Livelsberger**
                                                           Signature of Debtor