| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 |
|---|---|---|---|---|---|
| 8AS | 000393 | 313301 | 035 | 0000451066 | 1 |

# Earnings Statement

**ADP**

UTZ QUALITY FOODS LLC
900 HIGH ST
HANOVER, PA 17331

Period Beginning: 10/31/2016
Period Ending: 11/06/2016
Pay Date: 11/10/2016

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

00000000874
WILLIAM P LIVELSBERGER
410 SOUTH STREET
MCSHERRYSTOWN PA 17344

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.0500 | 40.00 | 762.00 | 32,652.66 |
| Overtime | 28.5750 | 11.75 | 335.76 | 10,002.90 |
| Holiday | | | | 753.20 |
| Net To Gross | | | | 124.40 |
| Paidpershol | | | | 188.30 |
| Sick | | | | 200.00 |
| Vacation | | | | 3,161.32 |
| **Gross Pay** | | | **$1,097.76** | 47,082.78 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -164.04 | 6,605.04 |
| | Social Security Tax | -66.25 | 2,830.57 |
| | Medicare Tax | -15.50 | 661.99 |
| | PA State Income Tax | -32.81 | 1,401.60 |
| | Hanover Boro Local Svc Tax | -1.00 | 46.00 |
| | Mcsherrystow Income Tax | -16.03 | 90.70 |
| | PA SUI/SDI Tax | -0.76 | 32.96 |
| | Hanover Boro Income Tax | | 594.14 |
| | **Other** | | |
| | Pre Tax Med | -28.25* | 1,384.25 |
| | Pretax Vision | -0.90* | 44.10 |
| | Unwy16 | -1.00 | 45.00 |
| | 4Kloan1 | -31.27 | 2,944.78 |
| | 4Kloan2 | -32.85 | 197.10 |
| | 401K | -43.91* | 1,870.34 |
| | **Net Pay** | **$663.19** | |
| | Check1 | -663.19 | |

**Net Check** $0.00

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,024.70

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| 401K Er Match* | 8.78 | 374.07 |

**Important Notes**
COMPANY PHONE IS : (717) 637-6644

© 2000 ADP, LLC

UTZ QUALITY FOODS LLC
900 HIGH ST
HANOVER , PA 17331

Advice number: 00000451066
Pay date: 11/10/2016

Deposited to the account of
WILLIAM P LIVELSBERGER

| account number | transit ABA | amount |
|---|---|---|
| xxx7418 | xxxx xxxx | $663.19 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 |
|---|---|---|---|---|---|
| 8AS | 000393 | 313301 | 035 | 0000441180 | 1 |

## Earnings Statement

**ADP**

UTZ QUALITY FOODS LLC
900 HIGH ST
HANOVER, PA 17331

Period Beginning: 10/24/2016
Period Ending: 10/30/2016
Pay Date: 11/03/2016

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

00000000994
WILLIAM P LIVELSBERGER
410 SOUTH STREET
MCSHERRYSTOWN PA 17344

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.0500 | 40.00 | 762.00 | 31,890.66 |
| Overtime | 28.5750 | 20.75 | 592.93 | 9,667.14 |
| Holiday | | | | 753.20 |
| Paidpershol | | | | 188.30 |
| Sick | | | | 200.00 |
| Vacation | | | | 3,161.32 |
| **Gross Pay** | | | **$1,354.93** | 45,860.62 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -225.76 | 6,432.89 |
| | Social Security Tax | -82.20 | 2,756.61 |
| | Medicare Tax | -19.22 | 644.69 |
| | PA State Income Tax | -40.70 | 1,364.97 |
| | Hanover Boro Local Svc Tax | -1.00 | 44.00 |
| | Mcsherrystow Income Tax | -19.89 | 72.80 |
| | PA SUI/SDI Tax | -0.95 | 32.10 |
| | Hanover Boro Income Tax | | 594.14 |
| | **Other** | | |
| | Pre Tax Med | -28.25* | 1,356.00 |
| | Pretax Vision | -0.90* | 43.20 |
| | Unwy16 | -1.00 | 44.00 |
| | 4Kloan1 | -31.27 | 2,913.51 |
| | 4Kloan2 | -32.85 | 164.25 |
| | 401K | -54.20* | 1,826.43 |
| | **Net Pay** | **$816.74** | |
| | Check1 | -816.74 | |

Net Check $0.00

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,271.58

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Er Match* | 10.84 | 365.29 |

**Important Notes**
COMPANY PHONE IS : (717) 637-6644

© 2000 ADP, LLC

---

UTZ QUALITY FOODS LLC
900 HIGH ST
HANOVER , PA 17331

Advice number: 00000441180
Pay date: 11/03/2016

Deposited to the account of
WILLIAM P LIVELSBERGER

| account number | transit ABA | amount |
|---|---|---|
| xxx7418 | xxxx xxxx | $816.74 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 |
|---|---|---|---|---|---|
| 8AS | 000393 | 313301 | 035 | 0000431029 | 1 |

# Earnings Statement

ADP

UTZ QUALITY FOODS LLC  
900 HIGH ST  
HANOVER, PA 17331

Period Beginning: 10/17/2016  
Period Ending: 10/23/2016  
Pay Date: 10/27/2016

Taxable Marital Status: Single  
Exemptions/Allowances:  
  Federal: 0  
  PA: N/A

00000000859  
WILLIAM P LIVELSBERGER  
410 SOUTH STREET  
MCSHERRYSTOWN PA 17344

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.0500 | 40.00 | 762.00 | 31,128.66 |
| Overtime | 28.5750 | 17.00 | 485.78 | 9,074.21 |
| Holiday | | | | 753.20 |
| Paidpershol | | | | 188.30 |
| Sick | | | | 200.00 |
| Vacation | | | | 3,161.32 |
| **Gross Pay** | | | **$1,247.78** | 44,505.69 |

| Net Check | $0.00 |
|---|---|

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,168.72

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Er Match* | 9.98 | 354.45 |

**Important Notes**  
COMPANY PHONE IS : (717) 637-6644

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| | Federal Income Tax | -200.04 | 6,207.13 |
| | Social Security Tax | -75.56 | 2,674.41 |
| | Medicare Tax | -17.67 | 625.47 |
| | PA State Income Tax | -37.41 | 1,324.27 |
| | Hanover Boro Local Svc Tax | -1.00 | 43.00 |
| | Mcsherrystow Income Tax | -18.28 | 52.91 |
| | PA SUI/SDI Tax | -0.87 | 31.15 |
| | Hanover Boro Income Tax | | 594.14 |
| **Other** | | | |
| | Pre Tax Med | -28.25* | 1,327.75 |
| | Pretax Vision | -0.90* | 42.30 |
| | Unwy16 | -1.00 | 43.00 |
| | 4Kloan1 | -31.27 | 2,882.24 |
| | 4Kloan2 | -32.85 | 131.40 |
| | 401K | -49.91* | 1,772.23 |
| **Net Pay** | | **$752.77** | |
| Check1 | | -752.77 | |

© 2000 ADP, LLC

UTZ QUALITY FOODS LLC  
900 HIGH ST  
HANOVER , PA 17331

Advice number: 00000431029  
Pay date: 10/27/2016

Deposited to the account of  
WILLIAM P LIVELSBERGER

| account number | transit ABA | amount |
|---|---|---|
| xxx7418 | xxxx xxxx | $752.77 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO | 052 |
|---|---|---|---|---|---|
| 8AS | 000393 | 313301 | 035 | 0000421028 | 1 |

# Earnings Statement

**ADP**

UTZ QUALITY FOODS LLC
900 HIGH ST
HANOVER, PA 17331

Period Beginning: 10/10/2016
Period Ending: 10/16/2016
Pay Date: 10/20/2016

00000000877
WILLIAM P LIVELSBERGER
410 SOUTH STREET
MCSHERRYSTOWN PA 17344

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.0500 | 40.00 | 762.00 | 30,366.66 |
| Overtime | 28.5750 | 10.25 | 292.89 | 8,588.43 |
| Holiday | | | | 753.20 |
| Paidpershol | | | | 188.30 |
| Sick | | | | 200.00 |
| Vacation | | | | 3,161.32 |
| **Gross Pay** | | | **$1,054.89** | 43,257.91 |

| Net Check | $0.00 |
|---|---|

* Excluded from federal taxable wages
  Your federal taxable wages this period are $983.54

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Er Match* | 8.44 | 344.47 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -153.75 | 6,007.09 |
| | Social Security Tax | -63.59 | 2,598.85 |
| | Medicare Tax | -14.88 | 607.80 |
| | PA State Income Tax | -31.49 | 1,286.86 |
| | Hanover Boro Local Svc Tax | -1.00 | 42.00 |
| | Mcsherrystow Income Tax | -15.39 | 34.63 |
| | PA SUI/SDI Tax | -0.74 | 30.28 |
| | Hanover Boro Income Tax | | 594.14 |
| | **Other** | | |
| | Pre Tax Med | -28.25* | 1,299.50 |
| | Pretax Vision | -0.90* | 41.40 |
| | Unwy16 | -1.00 | 42.00 |
| | 4Kloan1 | -31.27 | 2,850.97 |
| | 4Kloan2 | -32.85 | 98.55 |
| | 401K | -42.20* | 1,722.32 |
| | **Net Pay** | | **$637.58** |
| | Check1 | -637.58 | |

© 2000 ADP, LLC

---

UTZ QUALITY FOODS LLC
900 HIGH ST
HANOVER, PA 17331

Advice number: 00000421028
Pay date: 10/20/2016

*THIS IS NOT A CHECK*

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| WILLIAM P LIVELSBERGER | xxx7418 | xxxx xxxx | $637.58 |

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR NO. | 052 |
|---|---|---|---|---|---|
| 8AS | 000393 | 313301 | 035 | 0000415171 | 1 |

# Earnings Statement

**ADP**

UTZ QUALITY FOODS LLC
900 HIGH ST
HANOVER, PA 17331

Period Beginning: 10/03/2016
Period Ending: 10/09/2016
Pay Date: 10/13/2016

00000001054
WILLIAM P LIVELSBERGER
410 SOUTH STREET
MCSHERRYSTOWN PA 17344

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.0500 | 30.00 | 571.50 | 29,604.66 |
| Vachrstake | 19.0500 | 10.00 | | |
| Overtime | | | | 8,295.54 |
| Holiday | | | | 753.20 |
| Paidpershol | | | | 188.30 |
| Sick | | | | 200.00 |
| Vacation | | | | 3,161.32 |
| **Gross Pay** | | | **$571.50** | 42,203.02 |

Net Check  $0.00

* Excluded from federal taxable wages
  Your federal taxable wages this period are $519.49

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Er Match* | 4.57 | 336.03 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -62.52 | 5,853.34 |
| | Social Security Tax | -33.63 | 2,535.26 |
| | Medicare Tax | -7.86 | 592.92 |
| | PA State Income Tax | -16.65 | 1,255.37 |
| | Hanover Boro Local Svc Tax | -1.00 | 41.00 |
| | Mcsherrystow Income Tax | -8.14 | 19.24 |
| | PA SUI/SDI Tax | -0.40 | 29.54 |
| | Hanover Boro Income Tax | | 594.14 |
| | **Other** | | |
| | Pre Tax Med | -28.25* | 1,271.25 |
| | Pretax Vision | -0.90* | 40.50 |
| | Unwy16 | -1.00 | 41.00 |
| | 4Kloan1 | -31.27 | 2,819.70 |
| | 4Kloan2 | -32.85 | 65.70 |
| | 401K | -22.86* | 1,680.12 |
| | **Net Pay** | **$324.17** | |
| | Check1 | -324.17 | |

© 2000 ADP, LLC

UTZ QUALITY FOODS LLC
900 HIGH ST
HANOVER , PA 17331

Advice number: 00000415171
Pay date: 10/13/2016

*THIS IS NOT A CHECK*

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| WILLIAM P LIVELSBERGER | xxx7418 | xxxx xxxx | $324.17 |

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 |
|---|---|---|---|---|---|
| 8AS | 000393 | 313301 | 035 | 0000401001 | 1 |

# Earnings Statement

**ADP**

*UTZ QUALITY FOODS LLC*
*900 HIGH ST*
*HANOVER, PA 17331*

Period Beginning: 09/18/2016
Period Ending: 10/01/2016
Pay Date: 10/06/2016

00000001002
WILLIAM P LIVELSBERGER
410 SOUTH STREET
MCSHERRYSTOWN PA 17344

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 0
 PA: N/A

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.0500 | 40.00 | 762.00 | 29,033.16 |
| Overtime | 28.5750 | .25 | 7.14 | 8,295.54 |
| Vachrstake | 19.0500 | 10.00 | | |
| Holiday | | | | 753.20 |
| Paidpershol | | | | 188.30 |
| Sick | | | | 200.00 |
| Vacation | | | | 3,161.32 |
| **Gross Pay** | | | **$769.14** | 41,631.52 |

| Net Check | $0.00 |
|---|---|

* Excluded from federal taxable wages
 Your federal taxable wages this period are $709.22

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Er Match* | 6.15 | 331.46 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -90.98 | 5,790.82 |
| | Social Security Tax | -45.88 | 2,501.63 |
| | Medicare Tax | -10.73 | 585.06 |
| | PA State Income Tax | -22.72 | 1,238.72 |
| | Hanover Boro Local Svc Tax | -1.00 | 40.00 |
| | Mcsherrystow Income Tax | -11.10 | 11.10 |
| | PA SUI/SDI Tax | -0.53 | 29.14 |
| | Hanover Boro Income Tax | | 594.14 |
| | **Other** | | |
| | Pre Tax Med | -28.25* | 1,243.00 |
| | Pretax Vision | -0.90* | 39.60 |
| | Unwy16 | -1.00 | 40.00 |
| | 4Kloan1 | -31.27 | 2,788.43 |
| | 4Kloan2 | -32.85 | 32.85 |
| | 401K | -30.77* | 1,657.26 |
| | **Net Pay** | **$461.16** | |
| | Check1 | -461.16 | |

© 2000 ADP, LLC

UTZ QUALITY FOODS LLC
900 HIGH ST
HANOVER, PA 17331

Advice number: 00000401001
Pay date: 10/06/2016

*THIS IS NOT A CHECK*

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| WILLIAM P LIVELSBERGER | xxx7418 | xxxx xxxx | $461.16 |

# NON-NEGOTIABLE