```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 16-04688-RNO
William P. Livelsberger                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: CGambini    Page 1 of 1    Date Rcvd: Dec 07, 2016
                Form ID: ntnew341    Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2016.
```
db              +William P. Livelsberger,    410 South Street,    Mc Sherrystown, PA 17344-1813
4855666          Pennsylvania Department of Revenue,    Bureau of Compliance,    Dept. 280946,
                   Harrisburg, PA 17108-0946
4855667         +Quicken Loans,    P.O. Box 6577,    Carol Stream, IL 60197-6577
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4855663          E-mail/Text: cio.bncmail@irs.gov Dec 07 2016 19:13:12     Internal Revenue Service,
                   Bankruptcy Section,    P.O. Box 628,    Pittsburgh, PA 15230
4855665          E-mail/PDF: cbp@onemainfinancial.com Dec 07 2016 19:04:30      One Main Financial,
                   PO Box 742536,    Cincinnati, OH 45274-2536
4855664         +E-mail/PDF: cbp@onemainfinancial.com Dec 07 2016 19:04:30      One Main Financial,
                   P.O. Box 9001122,    Louisville, KY 40290-1122
4862935         +E-mail/PDF: cbp@onemainfinancial.com Dec 07 2016 19:04:30      OneMain,    PO Box 3251,
                   Evansville, IN 47731-3251
4863288         +E-mail/PDF: cbp@onemainfinancial.com Dec 07 2016 19:05:19      OneMain,    605 Munn Rd,
                   Fort Mill, SC 29715-8421
                                                                                             TOTAL: 5

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2016                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2016 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Craig A. Diehl    on behalf of Debtor William P. Livelsberger cdiehl@cadiehllaw.com,
               jhanawalt@cadiehllaw.com
              Michael J Clark    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

William P. Livelsberger
Debtor(s)

Chapter 13

Case No. 1:16−bk−04688−RNO

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| | |
|---|---|
| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: January 26, 2017<br>Time: 12:00 PM |

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
PO Box 908
Harrisburg, PA 17108
(717) 901−2800

**For the Court:**
Clerk of the Bankruptcy Court:
Terrence S. Miller
By: CGambini

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

Date: December 7, 2016