```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 16-04688-RNO
William P. Livelsberger                                             Chapter 13
       Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0314-1          User: CGambini            Page 1 of 1          Date Rcvd: Jan 31, 2017
                              Form ID: ntcnfhrg         Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2017.
db             +William P. Livelsberger,    410 South Street,    Mc Sherrystown, PA 17344-1813
4863954        +BOROUGH OF MCSHERRYSTOWN - SEWER,    338 MAIN STREET,    MC SHERRYSTOWN, PA 17344-1708
4863955        +BOROUGH OF MCSHERRYSTOWN - TRASH,    338 MAIN STREET,    MC SHERRYSTOWN, PA 17344-1708
4863956       ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                 (address filed with court: COLUMBIA GAS,    P.O. BOX 742537,    CINCINNATI, OH 45274)
4863957         FIDELITY INVESTMENTS,    P.O. BOX 673008,    DALLAS, TX 75267-3008
4855666         Pennsylvania Department of Revenue,    Bureau of Compliance,    Dept. 280946,
                 Harrisburg, PA 17108-0946
4855667        +Quicken Loans,    P.O. Box 6577,    Carol Stream, IL 60197-6577
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4855663         E-mail/Text: cio.bncmail@irs.gov Jan 31 2017 19:01:20      Internal Revenue Service,
                 Bankruptcy Section,    P.O. Box 628,    Pittsburgh, PA 15230
4855665         E-mail/PDF: cbp@onemainfinancial.com Jan 31 2017 19:05:14      One Main Financial,
                 PO Box 742536,    Cincinnati, OH 45274-2536
4855664        +E-mail/PDF: cbp@onemainfinancial.com Jan 31 2017 18:59:37      One Main Financial,
                 P.O. Box 9001122,    Louisville, KY 40290-1122
4862935        +E-mail/PDF: cbp@onemainfinancial.com Jan 31 2017 18:59:37      OneMain,    PO Box 3251,
                 Evansville, IN 47731-3251
4863288        +E-mail/PDF: cbp@onemainfinancial.com Jan 31 2017 18:59:29      OneMain,    605 Munn Rd,
                 Fort Mill, SC 29715-8421
4871758        +E-mail/Text: bankruptcyteam@quickenloans.com Jan 31 2017 19:01:44      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
4863958         E-mail/Text: appebnmailbox@sprint.com Jan 31 2017 19:01:35      SPRINT,    P.O. BOX 4191,
                 CAROL STREAM, IL 60197
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Craig A. Diehl    on behalf of Debtor William P. Livelsberger cdiehl@cadiehllaw.com,
               jhanawalt@cadiehllaw.com
              Michael J Clark    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| William P. Livelsberger<br>Debtor(s) | Chapter 13<br>Case No. 1:16−bk−04688−RNO |

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **March 1, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: March 22, 2017<br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: CGambini |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 31, 2017 |