```
                           United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 16-04688-RNO
William P. Livelsberger                                             Chapter 7
        Debtor                  CERTIFICATE OF NOTICE
District/off: 0314-1           User: CGambini               Page 1 of 1            Date Rcvd: Apr 25, 2017
                               Form ID: pdf010              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2017.
db             +William P. Livelsberger,    410 South Street,    Mc Sherrystown, PA 17344-1813

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Craig A. Diehl    on behalf of Debtor William P. Livelsberger cdiehl@cadiehllaw.com,
               jhanawalt@cadiehllaw.com
              James Warmbrodt     on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Michael J Clark    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
    WILLIAM P. LIVELSBERGER : CASE NO. 1:16-bk-04688RNO
    Debtor :
     :
     : CHAPTER 13
     :

## ORDER CONVERTING FROM CHAPTER 13 PROCEEDING TO CHAPTER 7 PROCEEDING

AND NOW, upon presentation and consideration of Debtor's Motion to Convert from Chapter 13 Proceeding to Chapter 7 Proceeding, it is hereby ORDERED, that the Motion is granted and Debtor's Chapter 13 proceeding shall be converted to one under Chapter 7 of the United States Bankruptcy Code.

By the Court,

Dated: April 25, 2017

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)