```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                                          Case No. 16-04688-RNO
William P. Livelsberger                                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1            User: CGambini              Page 1 of 1                 Date Rcvd: May 04, 2017
                                Form ID: 309A               Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2017.
```
db          +William P. Livelsberger,    410 South Street,    Mc Sherrystown, PA 17344-1813
aty         +James Warmbrodt,    701 Market Street Suite 5000,    Philadephia, PA 19106-1541
aty         +Michael J Clark,    KML Law Group, P.C.,   701 Market Street, Suite 5000,
              Philadelphia, PA 19106-1541
tr          +Lawrence V. Young (Trustee),    CGA Law Firm,    135 North George Street,    York, PA 17401-1132
4863954     +BOROUGH OF MCSHERRYSTOWN - SEWER,    338 MAIN STREET,    MC SHERRYSTOWN, PA 17344-1708
4863955     +BOROUGH OF MCSHERRYSTOWN - TRASH,    338 MAIN STREET,    MC SHERRYSTOWN, PA 17344-1708
4863956    ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
             (address filed with court: COLUMBIA GAS,    P.O. BOX 742537,    CINCINNATI, OH 45274)
4863957      FIDELITY INVESTMENTS,    P.O. BOX 673008,    DALLAS, TX 75267-3008
4855666      Pennsylvania Department of Revenue,    Bureau of Compliance,    Dept. 280946,
              Harrisburg, PA 17108-0946
4855667     +Quicken Loans,    P.O. Box 6577,    Carol Stream, IL 60197-6577
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: cdiehl@cadiehllaw.com May 04 2017 18:57:31     Craig A. Diehl,    3464 Trindle Road,
              Camp Hill, PA  17011-4436
ust         +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV May 04 2017 18:57:49     United States Trustee,
              228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
4855663      EDI: IRS.COM May 04 2017 18:53:00     Internal Revenue Service,    Bankruptcy Section,
              P.O. Box 628,    Pittsburgh, PA 15230
4855665      EDI: AGFINANCE.COM May 04 2017 18:53:00     One Main Financial,    PO Box 742536,
              Cincinnati, OH 45274-2536
4855664     +EDI: AGFINANCE.COM May 04 2017 18:53:00     One Main Financial,    P.O. Box 9001122,
              Louisville, KY 40290-1122
4862935     +EDI: AGFINANCE.COM May 04 2017 18:53:00     OneMain,    PO Box 3251,    Evansville, IN 47731-3251
4863288     +EDI: AGFINANCE.COM May 04 2017 18:53:00     OneMain,    605 Munn Rd,    Fort Mill, SC 29715-8421
4871758     +E-mail/Text: bankruptcyteam@quickenloans.com May 04 2017 18:57:57     Quicken Loans Inc.,
              635 Woodward Avenue,    Detroit, MI 48226-3408
4863958      EDI: NEXTEL.COM May 04 2017 18:53:00     SPRINT,    P.O. BOX 4191,    CAROL STREAM, IL 60197
                                                                                             TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4885813*    ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
             (address filed with court: Columbia Gas of PA,    PO Box 117,    Columbus, OH  43216)
                                                                              TOTALS: 0, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2017 at the address(es) listed below:
```
              Craig A. Diehl    on behalf of Debtor William P. Livelsberger cdiehl@cadiehllaw.com,
               jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              Lawrence V. Young (Trustee)    lyoung@cgalaw.com,
               pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
              Michael J Clark    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

| | | **Information to identify the case:** | | | |
|---|---|---|---|---|---|
| Debtor 1 | | William P. Livelsberger | | Social Security number or ITIN | xxx–xx–1459 |
| | | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | First Name   Middle Name   Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | | Middle District of Pennsylvania | | Date case filed in chapter 13 | November 15, 2016 |
| Case number: | | 1:16–bk–04688–RNO | | Date case converted to chapter 7 | April 25, 2017 |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline  12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | William P. Livelsberger | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 410 South Street<br>Mc Sherrystown, PA 17344 | |
| 4. | **Debtor's attorney**<br>Name and address | Craig A. Diehl<br>3464 Trindle Road<br>Camp Hill, PA 17011–4436 | Contact phone 717 763–7613<br><br>Email:  cdiehl@cadiehllaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Lawrence V. Young (Trustee)<br>CGA Law Firm<br>135 North George Street<br>York, PA 17401 | Contact phone 717 848–4900<br><br>Email:  lyoung@cgalaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108 | Hours open Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone (717) 901–2800<br><br>Date: May 4, 2017 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 28, 2017 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification and proof of social security number are required *** | Location:<br><br>**York County Judicial Center, 45 North George Street, 5th Floor Multipurpose Room, York, PA 17401** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** August 27, 2017 |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **2**