```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                      Case No. 16-04688-RNO
William P. Livelsberger                                     Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: BWagner          Page 1 of 1          Date Rcvd: Aug 14, 2017
                                  Form ID: ntfnmg         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2017.
db           +William P. Livelsberger,   410 South Street,   Mc Sherrystown, PA 17344-1813

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2017                                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2017 at the address(es) listed below:
            Craig A. Diehl   on behalf of Debtor William P. Livelsberger cdiehl@cadiehllaw.com,
             jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com
            James   Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
            Lawrence V. Young (Trustee)    lyoung@cgalaw.com,
             pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
            Michael J Clark    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
            United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                TOTAL: 5

ntfnmg(03/13)

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade): | |
| William P. Livelsberger<br>Debtor(s) | Chapter 7<br>Case No. 1:16–bk–04688–RNO |

## Notice

**Notice of Requirement to File Certification of Completion of Financial Management Course:**

Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, you are required to file with the Court a statement of completion of a course concerning personal financial management (Official Form 423) before an Order of Discharge can be issued. If you do not file this statement on or before **August 27, 2017**, your case may be closed without the issuance of a discharge. If you subsequently file a Motion to Reopen the Case to allow for the filing of this statement, you must pay the full case reopening fee.

Official Form B 423 can be accessed at http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17108<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: BWagner, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: August 14, 2017 |