```
                               United States Bankruptcy Court
                               Middle District of Pennsylvania
In re:                                                                  Case No. 16-04688-RNO
William P. Livelsberger                                                 Chapter 7
         Debtor                        CERTIFICATE OF NOTICE
District/off: 0314-1          User: CGambini               Page 1 of 1                  Date Rcvd: Feb 12, 2018
                              Form ID: 318                 Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2018.
db             +William P. Livelsberger,    410 South Street,    Mc Sherrystown, PA 17344-1813
4863954        +BOROUGH OF MCSHERRYSTOWN - SEWER,    338 MAIN STREET,    MC SHERRYSTOWN, PA 17344-1708
4863955        +BOROUGH OF MCSHERRYSTOWN - TRASH,    338 MAIN STREET,    MC SHERRYSTOWN, PA 17344-1708
4863956       ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                (address filed with court: COLUMBIA GAS,    P.O. BOX 742537,    CINCINNATI, OH 45274)
4863957        #FIDELITY INVESTMENTS,    P.O. BOX 673008,    DALLAS, TX 75267-3008
4855666         Pennsylvania Department of Revenue,    Bureau of Compliance,    Dept. 280946,
                 Harrisburg, PA 17108-0946
4855667        +Quicken Loans,    P.O. Box 6577,   Carol Stream, IL 60197-6577
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4855663         EDI: IRS.COM Feb 12 2018 19:03:00      Internal Revenue Service,    Bankruptcy Section,
                 P.O. Box 628,   Pittsburgh, PA 15230
4855665         EDI: AGFINANCE.COM Feb 12 2018 19:03:00      One Main Financial,    PO Box 742536,
                 Cincinnati, OH 45274-2536
4855664        +EDI: AGFINANCE.COM Feb 12 2018 19:03:00      One Main Financial,    P.O. Box 9001122,
                 Louisville, KY 40290-1122
4862935        +EDI: AGFINANCE.COM Feb 12 2018 19:03:00      OneMain,    PO Box 3251,   Evansville, IN 47731-3251
4863288        +EDI: AGFINANCE.COM Feb 12 2018 19:03:00      OneMain,    605 Munn Rd,   Fort Mill, SC 29715-8421
4871758        +E-mail/Text: bankruptcyteam@quickenloans.com Feb 12 2018 19:10:39       Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
4863958         EDI: NEXTEL.COM Feb 12 2018 19:03:00      SPRINT,    P.O. BOX 4191,   CAROL STREAM, IL 60197
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4885813*      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                (address filed with court: Columbia Gas of PA,    PO Box 117,    Columbus, OH 43216)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2018                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2018 at the address(es) listed below:
              Craig A. Diehl    on behalf of Debtor 1 William P. Livelsberger cdiehl@cadiehllaw.com,
               jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com
              James Warmbrodt     on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Lawrence V. Young (Trustee)    lyoung@cgalaw.com,
               pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
              Michael J Clark    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

| | | |
|---|---|---|
| Debtor 1 | **William P. Livelsberger** | Social Security number or ITIN  **xxx−xx−1459** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Middle District of Pennsylvania**

Case number:   **1:16−bk−04688−RNO**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

William P. Livelsberger

**By the court:** *[signature: Robt N. Opel II]*

February 12, 2018

Honorable Robert N. Opel
United States Bankruptcy Judge

By: CGambini, Deputy Clerk

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318   **Order of Discharge**   page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**